**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6989**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL HUNTER, a/k/a Big Mike,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (CR-93-156; CA-05-192-2)

———————

Submitted: November 16, 2005      Decided: December 12, 2005

———————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Hunter, Appellant Pro Se. William David Muhr, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Hunter, a federal prisoner, filed a petition under 28 U.S.C. § 2241 (2000), raising a claim under <u>United States v. Booker</u>, 125 S. Ct. 738 (2005). Though the district court construed the § 2241 petition as a motion under 28 U.S.C. § 2255 (2000), Hunter clearly intended to file a § 2241 petition. Hunter argues on appeal that § 2255 is inadequate and ineffective to test the legality of his detention, contending that his <u>Booker</u> claim should be considered in the context of his § 2241 petition. Because Hunter does not meet the standard under <u>In re Jones</u>, 226 F.3d 328, 333-34 (4th Cir. 2000), we affirm the denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>